# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, D.C. KING, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JARREL R. CUFF**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201400252**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 27 March 2014.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding Officer, 1st Supply Battalion, Combat Logistics Regiment 15, 1st Marine Logistics Group, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol E.J. Peterson, USMC.
**For Appellant**: CDR Boyce Crocker, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**11 September 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court